UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JASEN HATFIELD | : | Case No. |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **NOTICE OF REMOVAL FROM THE** |
| | : | **COURT OF COMMON PLEAS,** |
| MICHAEL T. GMOSER | : | **BUTLER COUNTY OHIO** |
| | : | |
| Defendant. | : | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Michael T. Gmoser in his official capacity, by and through counsel, submits this Notice of Removal to the United States District Court for the Southern District of Ohio, Western Division, of the above-styled action, pending as Case No. CV 2016 05 1157 in the Butler County Court of Common Pleas. In support of this petition and as grounds for removal, Defendant states as follows:

### A.    REMOVAL IS TIMELY.

On May 12, 2016, Plaintiff Jasen Hatfield ("Hatfield") filed a civil action against Defendant Michael T. Gmoser, in his official capacity as the Butler County Prosecutor ("the Prosecutor") in the Court of Common Pleas, Butler County, Ohio. A true and accurate copy of the Complaint and its sole exhibit is attached as Exhibit A. The Prosecutor was served with the Complaint and Summons on May 16, 2016. A true and accurate copy of the return receipt is attached as Exhibit B. Also attached are an entry and amended entry of recusal. No other process, pleadings, or orders have been served upon the Prosecutor. 28 U.S.C. §1446(a).

This Notice of Removal is filed with this Court within 30 days of the case becoming removable and within one year of the commencement of the state court action. Therefore, this Notice is timely filed pursuant to 28 U.S.C. §1446(b).

**B.** **PLAINTIFF RAISES A FEDERAL QUESTION.**

Unless otherwise expressly provided by Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court of the United States for the district and division embracing the place where the state court action is pending. 28 U.S.C. §1441(a). If a cause of action raises a federal question, the entire case may be removed and the district court determine all issues within the case, even if the federal question is joined with one or more claims or causes of action that would not be independently removable. 28 U.S.C. 1441(c).

In his Complaint, Hatfield alleges that the Prosecutor violated his constitutional rights as protected under 42 U.S.C. §1983 (Complaint, Count One). Because district courts have original jurisdiction over all civil actions arising under the Constitution and laws of the United States, this Court has subject matter jurisdiction over this action. 28 U.S.C. §1331.

**C.** **CONCLUSION**

Because this action meets the requirements for removal, the Prosecutor will promptly file this Notice with the Clerk of the Common Pleas Court for Butler County.

Respectfully submitted,

*/s/ Linda L. Woeber*
LINDA L. WOEBER (0039112)
AMBER R. OROZCO (0092348)
MONTGOMERY, RENNIE & JONSON
*Counsel for Defendant Michael T. Gmoser*
36 East Seventh Street, Suite 2100
Cincinnati, Ohio 45202
Tel:    (513) 241-4722
Fax:    (513) 768-9239
Email: lwoeber@mrjlaw.com;
        aorozco@mrjlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2016, the foregoing was filed electronically. I further certify that a copy of the foregoing has been served by regular U.S. Mail upon:

Robert F. Croskery, Esq.
Alexander J. Durst, Esq.
Croskery Law Offices
810 Sycamore Street, 2nd Floor
Cincinnati, Ohio 45202
***Counsel for Plaintiff, Jasen Hatfield***

*/s/ Linda L. Woeber*
LINDA L. WOEBER (0039112)

3